UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAURICIO CARDERO, individually and on behalf
of all others similarly situated,

  *Plaintiff*,

Case No. 1:23-cv-23660-BB

vs.

FAPOO LLC D/B/A HONDA OF AVENTURA,

  *Defendant*.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Mauricio Cardero, and Defendant, FAPOO LLC d/b/a Honda of Aventura, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Mauricio Cardero, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: July 22, 2024

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | By: /s/ Brandon White |
| /s/ Andrew J. Shamis | Brandon T. White, Esq |
| Andrew J. Shamis, Esq. | Florida Bar No. 106792 |
| Florida Bar No. 101754 | brandon.white@hklaw.com |
| ashamis@shamisgentile.com | **HOLLAND & KNIGHT LLP** |
| 14 NE 1st Avenue, Suite 705 | 701 Brickell Avenue, Suite 3300 |
| Miami, FL 33132 | Miami, FL 33131 |
| Telephone: 305-479-2299 | Telephone: (305) 374-8500 |
| | Facsimile: (305) 789-7799 |
| *Counsel for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar # 101754

*Attorneys for Plaintiff*